IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TAVEREN TORRENCE ROBINSON, )
　　　　　Petitioner, )
　　　　　　　　　　　　　　　　　) Civil Action No. 07-95 Erie
　v. )
　　　　　　　　　　　　　　　　　)
LOUIS FOLINO, et al., )
　　　　　Respondents. )

## **MEMORANDUM ORDER**

This habeas corpus action was received by the Clerk of Court on May 3, 2007 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 16], filed on March 27, 2009, recommended that Petitioner's Petition be denied and that a certificate of appealability be denied. The parties were allowed ten (10) days from the date of service to file objections and service was made on Petitioner by certified mail and on Respondents. Petitioner filed objections on April 16, 2009 [Doc. No. 17]. After de novo review of the petition and documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 20th day of April, 2009;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is DENIED and a certificate of appealability is DENIED.

The Report and Recommendation [Doc. No. 16] of Magistrate Judge Baxter, filed on March 27, 2009 is adopted as the opinion of the Court.

　　　　　　　　　　　　　　　　　s/　Sean J. McLaughlin
　　　　　　　　　　　　　　　　　United States District Judge

cm:　All parties of record
　　　Susan Paradise Baxter, U.S. Magistrate Judge